**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:        Phuongvi An Nguyen, Baytown Manor Apartments, LLC,
                            and PVN, Inc. v. Richard Mik and Sky 3D Investments, LLC

Appellate case number:      01-14-00640-CV

Trial court case number:    2014-38632

Trial court:                215th District Court of Harris County

     This appeal is stayed pursuant to the Suggestion of Bankruptcy the Appellant filed on July 29, 2014. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy).

     Until the parties notify the Court that the Bankruptcy has been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

     Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.[1]

Clerk's signature: /s/ Christopher A. Prine

Date: August 5, 2014

---

[1]    The Court's website, www.1stcoa.courts.state.tx.us, provides information on how to file documents electronically or in paper format. While attorneys must e-file all documents in all civil cases, persons not represented by an attorney in a civil case may e-file documents, but e-filing is not required. *See* TEX. R. APP. P. 9.2(c)(1). Unless the movant has previously established indigence or is exempt from the advance payment of filing fees, all motions must include a $10 filing fee for each type of relief sought. *See* TEX. R. APP. P. 5; FEES CIV. CASES B(3); Op. Tex. Atty Gen. No. DM-459 (1997). Please follow the payment procedures for filing documents electronically or make money orders or checks payable to "Court of Appeals, First District of Texas".